AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___Massachusetts___

FILED
IN CLERK'S OFFICE

2004 JUN 25 A 11: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

North Coast Sea-Foods Corp.,

V.

North Coast Seafoods, Ltd.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11291 EFH

TO: (Name and address of Defendant)

North Coast Seafoods, Ltd.
6212 Diana Court
Highland Heights, Ohio  44143

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Laura L. Carroll, Esq.
Burns & Levinson, LLP
125 Summer Street
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK  _[signature]_

(By) DEPUTY CLERK

DATE  JUN 10 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/14/2004 at 7:40 p.m. |
| NAME OF SERVER (PRINT) Gerard Mossack | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served to James Cantanese, on behalf of, North Coast Seafoods, LTD.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/14/2004        _Signature of Server_

2500 Erieview Tower, Cleveland, Ohio
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.