SCANNED
DATE: 07/13/04
BY: SRY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NORTH COAST SEA-FOODS CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTH COAST SEAFOODS, LTD., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-11291-EFH |

## AGREEMENT FOR JUDGMENT

The parties in the above-entitled action hereby agree that judgment shall enter in favor of plaintiff North Coast Sea-Foods Corp., as follows:

1. By no later than September 1, 2004, defendant North Coast Seafoods, Ltd. shall cease using the words "NORTH COAST" as all or any part of its corporate name, legal name, brand, or in any other manner. Prior to September 1, 2004, defendant shall inform plaintiff of its new name and brand.

2. As of September 1, 2004, defendant and its officers, agents, employees, attorneys, successors, assigns, members, and all persons acting in concert or participation with them, are ENJOINED from using the words "NORTH COAST" as all or any part of its corporate name, legal name, brand, or in any other manner.

3. By no later than September 1, 2004, defendant shall (a) notify in writing its vendors, suppliers, lenders, customers, brokers, distributors, credit reporting agencies, and all other entities with which it does business of its name change, and (b) place notices of its name change in any publications in which it advertises.

7-20-04

*Agreement for Judgment is approved,*
*So ordered.*
*Edward F. Harrington, S.D.J.*

J:\Docs\11599\00067\00853725.DOC

4.  By no later than July 16, 2004, defendant shall pay plaintiff the amount of $6,500.00. Such payment shall be in the form of a check drawn on good funds, made payable to "North Coast Sea-Foods Corp.", and delivered to plaintiff's counsel.

5.  This Court shall retain continuing jurisdiction over the parties for the purpose of entering enforcement orders and such other and further ancillary relief as may be proper in the circumstances.

6.  Except insofar as the parties have stipulated to the entry of equitable relief in this action, all claims are hereby dismissed with prejudice. Each party shall bear its own costs.

APPROVED AS TO FORM:

| **NORTH COAST SEA-FOODS CORP.,** | **NORTH COAST SEAFOODS, LTD.,** |
|---|---|
| By its attorneys, | By its attorneys, |
| Laura L. Carroll (BBO# 076180)<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA 02110<br>Tel. 617-345-3000<br>Fax 617-345-3299 | Frank J. Witschey<br>WITSCHEY & WITSCHEY CO., L.P.A.<br>Commonwealth Square<br>300 North Cleveland–Massillon Road<br>Suite 104<br>Akron, OH 44333<br>Tel. 330-665-5117<br>Fax 330-665-7615 |

SO ORDERED:

Dated: 7/20, 2004

United States District Court
District of Massachusetts